# IN THE SUPREME COURT OF THE STATE OF NEVADA

THE STATE OF NEVADA,
                Appellant,
vs.
YEVGENY GENE SHAGAL,
                Respondent.

No. 70285

FILED

AUG 2 2 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____ DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is an appeal from a district court order reversing an appeal from a judgment of conviction of the justice court. Sixth Judicial District Court, Humboldt County; Michael Montero, Judge.

Because our review of this appeal revealed a potential jurisdictional defect, this court directed appellant to show cause why the appeal should not be dismissed for lack of jurisdiction. Appellant has responded, and respondent has filed a reply. We lack jurisdiction over this appeal. The district court has final appellate jurisdiction over a case arising in the justice court. Nev. Const. art. 6, § 6; *Tripp v. City of Sparks*, 92 Nev. 362, 363, 550 P.2d 419, 419 (1976). Accordingly, we

ORDER this appeal DISMISSED.

_____, C.J.
Parraguirre

_____, J.
Hardesty

_____, J.
Pickering

16-25943

cc: Hon. Michael Montero, District Judge
Attorney General/Carson City
Humboldt County District Attorney
Miller Law, Inc.
Sixth Judicial District Clerk